# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                             Plaintiff,

v.                                             Case No.: 1:19−cr−00573
                                                     Honorable Edmond E. Chang

Robert S. Waksmundzki

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2020:

      MINUTE entry before the Honorable Edmond E. Chang: as to Robert S. Waksmundzki: In light of the cardiac palpitations suffered by Defendant, and considering the other 18 U.S.C. 3553(a) factors in Defendant's favor (remorse, extensive assistance, lack of criminal history, and relatively short sentence), Defendant's motion for compassionate release, 18 U.S.C. 3582(c) (1)(A)(i), is granted. The Court declines to add home confinement, because the burden on location monitoring is not warranted. But the Court will add other conditions of supervised release, to be included in the amended J&C,; including the requirement to surrender for removal if so ordered and a reporting requirement to the Probation Office to mitigate flight risk. (Immigration authorities are also free to separately impose conditions, through the administrative process, if they believe Defendant presents other risks.) The status hearing of 06/26/2020 is vacated. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.