**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| USA | ) | Case No: | 19 CR 573-1 |
| v. | ) | | |
| Robert S. Waksmundzki | ) | Judge: | Edmond E. Chang |

**ORDER**

Pursuant to the amended judgment and commitment order, Defendant shall be released forthwith.

Date: June 26, 2020

/s/Edmond E. Chang
U.S. District Judge